United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>         Plaintiff,<br><br>   v.<br><br><br>GEORGE MAZEK d/b/a CHRIS4PL, GURO-1, JURMAZ and MAUZER-1,<br><br>         Defendants.<br>_____ /<br>AND RELATED CASES.<br>_____ / | No. C 06-06700 WHA<br><br>Related to:<br>No. C 06-06701 WHA<br>No. C 06-06704 WHA<br>No. C 06-06707 WHA<br>No. C 06-06708 WHA<br>No. C 06-06710 WHA<br>No. C 06-06712 WHA<br>No. C 06-06713 WHA<br>No. C 06-06714 WHA<br>No. C 06-06715 WHA<br>No. C 06-06716 WHA<br>No. C 06-06717 WHA<br>No. C 06-06718 WHA<br>No. C 06-06719 WHA<br><br>**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE** |

At the case management conference held on March 1, 2007, parties present expressed hope that a number of the cases would be settled in the next few weeks. A further case management conference will be held on **MARCH 29, 2007, AT 2:00 P.M.** All parties in cases that have not been dismissed as of that date are ordered to appear. Plaintiff is ordered to notify defendants not represented by counsel that they are ordered to appear at this case management conference.

For those cases that have not been settled as of the further case management conference, an aggressive schedule will be set to move the cases through discovery and toward trial.

Additionally, plaintiff's counsel is urged to expeditiously file for default judgment in those cases in which no appearance has been made by defendant.

**IT IS SO ORDERED.**

Dated: March 2, 2007

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE