Rachel R. Davidson, (State Bar No. 215517)
KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
55 Second Street, Suite 1700
San Francisco, California 94105-3493
Telephone:  (415) 882-8200
Facsimile:   (415) 882-8220

David A. Bateman (WSBA No. 14262)
(*pro hac vice*)
Shaakirrah R. Sanders (WSBA No. 37244)
(*pro hac vice*)
KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
Telephone:    (206) 623-7580
Facsimile:    (206) 370-6110

Attorneys for Plaintiff
MICROSOFT CORPORATION

**FILED**

AUG 28 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALIAKSANDR VASILEUSKI a.k.a ALEX VASILEUSKI d/b/a MAXIMUM_ETHIC and MACRO_PROJECT,<br><br>Defendant. | Case No. CV-06-6716-WHA<br><br>[PROPOSED] ORDER REQUEST TO BE EXCUSED |

Having considered plaintiff Microsoft Corporation's ("Microsoft") Request to be Excused, and all of the relevant papers on file with the Court in this matter,

PROPOSED ORDER REQUEST TO BE EXCUSED - 1
Case No. 06-06716 WHA

PRINTED ON RECYCLED PAPER

1  IT IS HEREBY ORDERED that the request to be excused is granted.

2  IT IS FURTHER ORDERED that Matt Lundy, Microsoft's representative, has

3  permission to attend the mediation scheduled on September 5, 2007, at 10 am via telephone.

4  IT IS FURTHER ORDERED that Microsoft's counsel shall appear in person.

DATED: 8/28/07

Wayne D. Brazil
United States Magistrate Judge

K:\2000103\02941\21364_SRS\21364P200U

PROPOSED ORDER REQUEST TO BE EXCUSED - 2
Case No. 06-06716 WHA

PRINTED ON RECYCLED PAPER