1  Rachel R. Davidson, (SBN #215517)
   KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
2  55 Second Street, Suite 1700
   San Francisco, California 94105-3493
3  Telephone: (415) 882-8200
   Facsimile: (415) 882-8220
4

5  David A. Bateman (*pro hac vice*)
   Shaakirrah R. Sanders (*pro hac vice*)
6  KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
   925 Fourth Avenue, Suite 2900
7  Seattle, WA 98104
   Telephone: (206) 370-6690
8  Facsimile: (206) 370-6145

9
   Attorneys for Plaintiff Microsoft Corporation
10

11 Aliaksandr Vasileuski
   1803 Silver Court
12 Hamilton, NJ 08690

13 Pro Se

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALIAKSANDR VASILEUSKI a.k.a ALEX VASILEUSKI d/b/a MAXIMUM_ETHIC and MACRO_PROJECT,<br><br>Defendant. | CV-06-6716-WHA<br><br>**STIPULATION AND ORDER FOR PERMANENT INJUNCTION** |

It is hereby stipulated by and between Plaintiff Microsoft Corporation and Aliaksandr Vasileuski, that Defendant shall cease and refrain from engaging in any of the following

STIPULATION AND ORDER FOR
PERMANENT INJUNCTION- 1
Case No. 06-06716

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

PRINTED ON RECYCLED PAPER

activities, and from assisting, aiding, or abetting any other person or entity in engaging in or performing any of the following activities:

  a. engaging in the business of advertising, distributing, and selling counterfeit computer software, including programs covered by Microsoft's registered copyrights and bearing Microsoft's registered trademarks or imitations thereof;

  b. advertising and distributing counterfeit Microsoft software in interstate commerce on the Internet by using any Internet auction site, including eBay (www.ebay.com); and

  c. engaging in any other activity constituting an infringement of any of Microsoft's property rights, Registered or Unregistered Trademarks, servicemarks and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these property rights, trademarks, servicemarks, and/or copyrights.

  Counsel for Microsoft Corporation, by her signature below, represents and warrants that she has the consent of Microsoft, has discussed this Stipulation and Order for Permanent Injunction with Microsoft, and has the authority to bind her respective client. Defendant, Aliaksandr Vasileuski, by his signature below, represents and warrants that he consents to this Stipulation and Order for Permanent Injunction and that, and this Stipulation and Order for Permanent Injunction is binding upon him.

//
//
//
//
//
//
//
//

STIPULATION AND ORDER FOR
PERMANENT INJUNCTION- 2
Case No. 06-06716

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

PRINTED ON RECYCLED PAPER

DATED this 21st day of January, 2008.

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP

By _____
Shaakirrah R. Sanders
Attorney for Plaintiff
MICROSOFT CORPORATION

DATED this 5th day of December, 2007.

By _____
Aliaksandr Vasileuski
Pro Se

K:\2000103\02941\21364_SRS\21364P201B

STIPULATION AND ORDER FOR
PERMANENT INJUNCTION- 3
Case No. 06-06716

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

PRINTED ON RECYCLED PAPER

| | |
|---|---|
| 1 | **ORDER** |
| 2 | PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED. |
| 3 | DATED this 28 day of _____ January _____, 2008. |

_____
The Honorable William H. Alsup
United States District Judge

STIPULATION AND ORDER FOR
PERMANENT INJUNCTION- 4

Case No. 06-06716

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

PRINTED ON RECYCLED PAPER