Rachel R. Davidson, (SBN #215517)
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
55 Second Street, Suite 1700
San Francisco, California 94105-3493
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

David A. Bateman (*pro hac vice*)
Shaakirrah R. Sanders (*pro hac vice*)
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Telephone: (206) 623-7580
Facsimile: (206) 370-6110

Attorneys for Plaintiff Microsoft Corporation

Aliaksandr Vasileuski
1803 Silver Court
Hamilton, NJ 08690

Pro Se

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALIAKSANDR VASILEUSKI a.k.a ALEX VASILEUSKI d/b/a MAXIMUM_ETHIC and MACRO_PROJECT,<br><br>Defendant. | CV-06-6716-WHA<br><br>**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

It is hereby stipulated by and between Plaintiff Microsoft Corporation and Defendant Aliaksandr Vasileuski through their designated counsel of record, that the Complaint for

STIPULATION AND ORDER FOR VOLUNTARY
DISMISSAL WITH PREJUDICE - 1
Case No. 06-06716

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

PRINTED ON RECYCLED PAPER

Willful Copyright Infringement in Violation of 15 U.S.C. §§ 501, *et seq.*, Willful Trademark Infringement in Violation of 15 U.S.C. §§ 1114 *et seq.*, False Designation of Origin In Violation of 15 U.S.C. §§ 1125 *et seq.*, Constructive Trust, and Accounting in the above-entitled action be and hereby is dismissed, with prejudice, in its entirety pursuant to Rule 41 of the Federal Rules of Civil Procedure, including all claims and counterclaims against each party, and that each party shall bear its own costs and attorneys' fees.

Counsel for Microsoft Corporation, by her signature below, represents and warrants that she has the consent of Microsoft, has discussed this Stipulation and Order for Voluntary Dismissal with Prejudice with Microsoft, and has the authority to bind her respective client. Defendant, Aliaksandr Vasileuski, by his signature below, represents and warrants that he consents to this Stipulation and Order for Voluntary Dismissal with Prejudice and that, and this Stipulation and Order for Voluntary Dismissal with Prejudice is binding upon him.

DATED this 21st day of January, 2008.

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP

By _____
Shaakirrah R. Sanders
Attorney for Plaintiff
MICROSOFT CORPORATION

DATED this 5th day of December, 2007.

By _____
Aliaksandr Vasileuski
Pro Se

K:\2000103\02941\21364_SRS\21364P201C

STIPULATION AND ORDER FOR VOLUNTARY
DISMISSAL WITH PREJUDICE - 2
Case No. 06-06716

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

PRINTED ON RECYCLED PAPER

1 **ORDER**

2 PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

3 DATED this 28 day of _____January_____, 200~~7~~8.

4

5 _____
The Honorable William H. Alsup
6 United States District Judge

STIPULATION AND ORDER FOR VOLUNTARY
DISMISSAL WITH PREJUDICE - 3
Case No. 06-06716

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

PRINTED ON RECYCLED PAPER